DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CINDY NADELBACH** and **BARRY NADELBACH,** as Co-Personal
Representatives of the Estate of **JOSHUA NADELBACH,**
Appellants,

v.

**WELLINGTON REGIONAL MEDICAL CENTER, LLC; MATTHEW
ROMANELLI, D.O.; BERRY PIERRE, D.O.; HERBERT DANIEL
DANOWIT, M.D.; STEPHEN MALUTICH, D.O.;** and **ACCOUNTABLE
TEACHING SERVICES, LLC,**
Appellees.

No. 4D2022-2989

[January 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Paige Gillman, Judge; L.T. Case No. 50-2020-CA-010179-
XXXX-MB.

Marshall E. Rosenbach of the Law Offices of Marshall E. Rosenbach,
North Palm Beach, for appellants.

Alexandra Hershorn, Jeffrey Blostein and Jay Cohen of Cohen, Blostein
& Ayala, PA, Fort Lauderdale, for appellee Wellington Regional Medical
Center, LLC.

Jason M. Azzarone, Jeffrey M. Goodis, and Patrick D. Wier of La Cava,
Jacobson & Goodis, P.A., Tampa, for appellees Matthew Romanelli, D.O.,
and Stephen Malutich, D.O.

Dinah S. Stein and Sharon R. Vosseller of Hicks, Porter, Ebenfeld &
Stein, P.A., Miami, and James L. White, III, of White & Russell, P.A., Palm
Beach Gardens, for appellees Herbert Daniel Danowit, M.D., and
Accountable Teaching Services, LLC.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

*   *   *

*Not final until disposition of timely filed motion for rehearing.*